LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
11332 Mountain View Ave., Suite C
Loma Linda, California 92354
Telephone: (909) 796-4560
Facsimile: (909) 796-3402
E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| LEROY FORD, | No. EDCV 09-1454 E |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| v. | |
| MICHAEL J. ASTRUE, Commissioner Of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount of THREE THOUSAND EIGHT HUNDRED SIXTY TWO DOLLARS and 68/cents ($3,862.68), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

DATED: 4/29/10

HON. CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

-1-